# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

VS.                                    NO. 4:15CR00136-1 DPM

JERAMIE DAVIS                                                                                                     DEFENDANT

## ORDER

Pending before the Court is a motion for issuance of a summons and revocation of pretrial release (*d.e. #15*).  For good cause shown, the motion for issuance of a summons in GRANTED.  The Clerk is directed to issue a summons to Defendant Jeramie Davis for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on January 11, 2016, at 10:30 a.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 5th  day of January , 2016.

_____
UNITED STATES MAGISTRATE JUDGE